# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 31 2023 ★

## PRISONER AUTHORIZATION

LONG ISLAND OFFICE

Case Name: __Richard Jones__ vs. __Fireball Class Action Suit__
(Enter full name of plaintiff(s))   (Enter full name of defendant(s))

Docket Number: __2:23-CV-01564 (GRB)__
(Enter the docket number if available; if filing with your complaint, leave blank)

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, **no matter what the outcome of the action.**

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, __Richard Jones__ *(print or type your name)*, request and authorize the facility institution or agency holding me in custody to send to the Clerk of the United States District Court for the Eastern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the facility or agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Eastern District of New York. This authorization shall apply to any facility or agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my *in forma pauperis* application may be decided.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

_[signature]_                          __7/25/23__
Signature of Plaintiff                 Date Signed

Prisoner I.D. Number(s) __427958__

Name of Current Facility __Yaphank Correctional Facility__

rev. 2/11

Sworn To Before Me This
__25__ Day Of __July__, 20__23__

_[notary signature]_
Notary Public

[Notary seal: ALBERT B JANKE, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Suffolk County, 01JA6406085, COMMISSION EXPIRES 03/23/24]

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Richard Jones #427958

MID-ISLAND NY 117

27 JUL 2023   PM 5   L



c/o: Clerk
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 31 2023   ★

LONG ISLAND OFFICE

11722-443800